UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN MIGUEL ZEPEDA, | Case No. 2:25-cv-02439-TLN-CSK |
| Plaintiff, | |
| v. | ORDER VACATING THE COURT'S OCTOBER 14, 2025 FINDINGS AND RECOMMENDATIONS |
| OFFICER ROTON, et al., | |
| Defendants. | (ECF Nos. 8, 9, 10) |

On October 14, 2025, the Court recommended that this action be dismissed based on Plaintiff Ruben Miguel Zepeda's failure to prosecute this action.[1] 10/14/2025 Findings and Recommendations (ECF No. 8). Plaintiff had previously missed his deadlines to (1) file an opposition or statement of non-opposition to Defendants Officer Roton and City of Turlock's, erroneously sued as the Turlock Police Department, motion for a more definite statement pursuant to Federal Rules of Civil Procedure 12(e); and (2) file a response to the Court's September 24, 2025 Order to Show Cause explaining Plaintiff's failure to file an opposition or statement of non-opposition to Defendants' motion. *Id*. at 3. On the same day, Plaintiff filed an extension to file his opposition to Defendants' pending motion and a motion to proceed in forma pauperis. (ECF Nos. 9,

---

[1] This action proceeds before the undersigned pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. Local Rule 302(c)(21).

1

10.) The Court addresses each in turn.

In his motion for an extension of time, Plaintiff indicates he was recently released from jail and now seeks an additional fourteen (14) days to oppose Defendants' motion. (ECF No. 9 at 3.) Good cause appearing, the Court's October 14, 2025 Findings and Recommendations are vacated and Plaintiff is granted fourteen (14) additional days to file an opposition to Defendants' motion. Plaintiff is warned that the failure to timely file an opposition to the motion may result in a recommendation that this action be dismissed for failure to prosecute. *See* E.D. Cal. L.R. 110; *see also* Fed. R. Civ. P. 41(b). Defendants' optional reply will be due fourteen (14) days after the filing of Plaintiff's opposition.

Plaintiff has also filed a motion to proceed in forma pauperis. (ECF No. 10.) The party commencing a civil action in federal court, i.e., a plaintiff filing a complaint or a defendant removing an action to federal court, must either pay the $350.00 filing fee and the $55.00 administrative fee or file an application requesting leave to proceed in forma pauperis. *See* 28 U.S.C. §§ 1914(a), 1915(a). Here, Defendants initiated the federal action by removing from state court and paid the filing fee upon removal. *See* Docket. Accordingly, Plaintiff's motion to proceed in forma pauperis is denied as moot.

## **ORDER**

In conclusion, IT IS HEREBY ORDERED that:

1. The Court's October 14, 2025 Findings and Recommendations (ECF No. 8) are VACATED;
2. Plaintiff's motion for extension of time (ECF No. 9) is GRANTED;
3. Plaintiff is granted fourteen (14) days from the date of this order to file an opposition to Defendants' pending motion for a more definite statement. Defendants' optional reply is due fourteen (14) days after Plaintiff's opposition is filed;
4. Plaintiff's motion to proceeding in forma pauperis (ECF No. 10) is DENIED as moot; and

1      5. Plaintiff is warned failure to comply with this order may result in a
2      recommendation that this action be dismissed for failure to prosecute.

Dated: October 28, 2025

*[signature]*
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, zepe2439.25