UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN MIGUEL ZEPEDA,<br>Plaintiff,<br>v.<br>GREGORY ROTON, et al.,<br>Defendants. | No. 2:25-cv-02439-TLN-CSK<br><br>**ORDER** |

On May 12, 2026, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 38.) No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by the magistrate judge's proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 12, 2026 (ECF No. 38) are ADOPTED in full;

2. Defendants' motion to strike and dismiss (ECF No. 21) is GRANTED in part and DENIED in part as follows:

a. Defendants' motion to strike pursuant to Rule 15(a)(2) is DENIED; and

b. Defendants' motion to dismiss pursuant to Rule 12(b)(6) is GRANTED.

3. Plaintiff's First Amended Complaint (ECF No. 33) is DISMISSED without prejudice; and

4. Plaintiff shall have thirty days from the file date of this order to file an amended complaint.

IT IS SO ORDERED.

DATE: September 22, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE